19-23369 CV-CMA

# NOTICE OF REMOVING IMAGE

PURSUANT TO DOCKET ENTRY NUMBER: 12

ENTERED BY THE HONORABLE JUDGE Altonaga

# THIS IMAGE HAS BEEN REMOVED FROM CM/ECF/PACER.