UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-23369-CMA

ANDRES GOMEZ,

　　　　Plaintiff,

v.

ABRAHAM CHEVROLET-MIAMI, INC.,

　　　　Defendant.
_____/

### DEFENDANT'S EMERGENCY MOTION TO SEAL PAGES 59 THROUGH 62 OF D.E. 10-1 OF THE PARTIES' JOINT NOTICE AND STIPULATION OF DISMISSAL WITH PREJUDICE

　　　　Defendant, Abraham Chevrolet-Miami, Inc. ("Defendant"), moves the Court on an emergency basis for the entry of an order sealing pages 59 through 62[1] of D.E. 10-1 of the Parties' Joint Notice and Stipulation of Dismissal with Prejudice ("Stipulation") [D.E. 10], filed in this case on October 8, 2019, in order to protect inadvertently filed confidential information, and as grounds therefore states:

　　　　1.　　On October 8, 2019, the Parties filed their Stipulation in this matter. *See* D.E. 10.

　　　　2.　　The Stipulation included two attachments: D.E. 10-1 comprised 62 pages and D.E. 10-2 comprised of one page.

　　　　3.　　The undersigned discovered today that D.E. 10-1 inadvertently included the Parties' Confidential Addendum to Stipulated Settlement and Release. ("Confidential Addendum"). *See* D.E. 10-1, at pp. 59-62. The Confidential Addendum contains confidential

---

[1] Pages 59 through 62 is titled Confidential Addendum to Stipulated Settlement and Release.

financial information that should not been filed as part of D.E. 10-1. It was and remains the intention of the Parties to keep the Confidential Addendum confidential and private.

4. This motion is being filed on an emergency basis due to the confidential nature of the inadvertent filing and the fact that such information will continue to remain publicly available until it is sealed from public permission. As a result, a ruling is requested as soon as possible to protect the confidential financial interests of the Parties.

5. Accoardingly, Defendant respectfully requests that the Court direct the Clerk to indefinitely seal from public permission pages 59 through 62 of D.E. 10-1, which comprises the Parties' Confidential Addendum to Stipulated Settlement and Release.

## CERTIFICATE OF CONFERENCE

6. Pursuant to S.D. Fla. L.R. 7.1.A.3, the undersigned certifies that prior to filing this motion, undersigned counsel conferred with Plaintiff's counsel, Anthony Perez, regarding the relief sought herein and is authorized to represent that Plaintiff does not oppose to the relief sought by this motion.

7. A proposed Order is attached as Exhibit A.

**WHEREFORE**, Abraham Chevrolet-Miami, Inc., respectfully requests that the Court enter an Order sealing pages 59 through 62 of D.E. 10-1 of the Parties' Joint Notice and Stipulation of Dismissal With Prejudice, together with any such other and further relief the Court deems appropriate.

## CERTIFICATION OF EMERGENCY

After reviewing the facts and researching applicable legal principles, I certify that this motion in fact presents a true emergency (as opposed to a matter that may need only expedited treatment) and requires an immediate ruling because the Court would not be able to provide

meaningful relief to a critical, non-routine issue after the expiration of seven days. I understand that an unwarranted certification may lead to sanctions

Dated 31st day of October, 2019.

Respectfully Submitted,

**GRAYROBINSON, P.A.**
*Counsel for Defendant*
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: /s/ Anastasia Protopapadakis
Anastasia Protopapadakis, FBN 051426
anastasia.protopapadakis@gray-robinson.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via transmission of Notice of Electronic Filing generated by CM/ECF this 31st day of October, 2019, which will send notice electronically to the counsel or parties of record on the Service List below.

**GRAYROBINSON, P.A.**
*Counsel for Defendant*
333 S.E. 3rd Avenue, Suite 3200
Miami, Florida 33131
Telephone: (305) 416-6880
Facsimile: (305) 416-6887

By: */s/ Anastasia Protopapadakis*
Anastasia Protopapadakis, FBN 051426
anastasia.protopapadakis@gray-robinson.com

## SERVICE LIST

Anthony J. Perez, Esq.
Garcia-Menocal & Perez, P.L.
4937 S.W. 74th Court, Unit #3
Miami, Florida 33155
Telephone: (305) 553-3464
Facsimile:  (305) 553-3031
ajperez@lawgmp.com
aquezada@lawgmp.com
bvirues@lawgmp.com
*Counsel for Plaintiff*